1 So.2d 42
### Ewel DUNNAGAN v. STATE.
#### 6 Div. 684.

Court of Appeals of Alabama.
Jan. 14, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

---

5 So.2d 846
### Raymond DURHAM v. STATE.
#### 5 Div. 141.

Court of Appeals of Alabama.
Nov. 25, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

---

1 So.2d 42
### Onie DYKES v. STATE.
#### I Div. 393.

Court of Appeals of Alabama.
March 4, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

---

1 So.2d 42
### Elmer DYKES v. STATE.
#### I Div. 394.

Court of Appeals of Alabama.
March 4, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

---

5 So.2d 846
### Robert (alias Bob) EASLEY v. STATE.
#### 5 Div. 142.

Court of Appeals of Alabama.
Jan. 20, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

---

10 So.2d 57
### Walker EDWARDS v. STATE.
#### 7 Div. 659.

Court of Appeals of Alabama.
June 30, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.